# Court of Appeals
# of the State of Georgia

ATLANTA,  February 07, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0867. DERRICK JOHNSON v. THE STATE.

In 2016, Derrick Johnson pleaded guilty to six counts of burglary in the first degree.[1] In August 2022, Johnson filed a motion to vacate void judgment and, several months later, a motion to dismiss for failure to prosecute, alleging that the trial court had not timely responded to his motion to vacate. In December 2022, the trial court dismissed Johnson's motion to vacate and his subsequent motion to dismiss, and Johnson appeals. We lack jurisdiction.

In his motion to vacate, Johnson claimed that his indictment was not returned in open court. This is an attack on Johnson's conviction. See *Jones v. State*, 290 Ga. App. 490, 494 (2) (659 SE2d 875) (2008) (holding that challenges to the indictment "are essentially attempts to vacate a judgment of conviction"). Our Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d

---

[1] Johnson filed two appeals in this Court, but both were dismissed after he failed to file a brief and enumeration of errors. See Cases No. A19A1436 (March 26, 2019); A20A1027 (June 12, 2020).

150) (2010); *Harper v. State*, 286 Ga. 216, 218 (2) (686 SE2d 786) (2009). Because Johnson is not authorized to collaterally attack his conviction in this manner, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*   02/07/2023

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*